IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| PETER KAZICH, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; and,<br>DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO. 3:15-cv--02091 LB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, PETER KAZICH, on the one hand, and Defendant, BNSF RAILWAY COMPANY, on the other, through their designated counsel, that the Court dismiss the above-entitled matter, with prejudice, pursuant to Federal Rules of Civil Procedure rule 41(a)(1). Each party agrees to bear their own fees and costs.

DATED: April 6, 2016

                                                    **JOSEPH JUNG & ASSOCIATES**

                                                    By _____
                                                         JOSEPH JUNG, ESQ.
                                                         Attorney for Plaintiff,
                                                         PETER KAZICH

| | |
|---|---|
| DATED: April 6, 2016 | **FLESHER SCHAFF & SCHROEDER, INC.**<br><br>By _____<br>JEREMY J. SCHROEDER, ESQ.<br>Attorneys for defendant,<br>BNSF RAILWAY COMPANY |

**IT IS SO ORDERED:**

DATED: April 28, 2016            _____
                                  JUDGE OF THE U.S. DISTRICT COURT

---

2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE